UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 2/19/2019

KAREEM NELSON,

     Plaintiff,

v.

MJAJ FOOD CORP. d/b/a Eats and
1055 LEXINGTON AVENUE LLC,

     Defendants.

Case No. 1:18-CV- 7935 (ER)

**STIPULATION OF DISMISSAL
<u>WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kareem Nelson and Defendant MJAJ FOOD CORP. d/b/a Eats, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    December\_\_\_, 2018

BASHIAN & PAPANTONIOU, P.C.

By: _____
 Erik M. Bashian, Esq.
 *Attorneys for Plaintiff*
 500 Old Country Road, Suite 302
 Garden City, NY 11530
 eb@bashpaplaw.com

THOMAS AMBROSIO, ESQ.

By: _____
 Thomas Ambrosio, Esq.
 *Attorney for Defendant*
 750 Valley Brook Avenue
 Lyndhurst, NJ 07071
 tambrosio@legal750.com

**SO ORDERED:**

_____
Edgardo Ramos, U.S.D.J
Dated: 2/19/2019
New York, New York